UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN DE TAGLE,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>Defendant. | Case No.  23-cv-05137-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Susan van Keulen, which granted Plaintiff Austin de Tagle's application to proceed *in forma pauperis*, screened his complaint under 28 U.S.C. § 1915(e), and recommended dismissal of the complaint without leave to amend.  ECF No. 5.  No objections to the R&R have been filed and the deadline to object has lapsed.  *See* Fed. R. Civ. P. 72(b)(2) (deadline for objections is fourteen days after being served).  The R&R recommends dismissal with prejudice because Defendant Superior Court of California is entitled to Eleventh Amendment immunity.  R&R at 3.  The Court finds the R&R correct, well-reasoned, and thorough, and adopts it in every respect.  Accordingly, the Court DISMISSES the complaint without leave to amend.

**IT IS SO ORDERED.**

Dated:  November 9, 2023

_____
BETH LABSON FREEMAN
United States District Judge